# BERKMAN HENOCH
### PETERSON & PEDDY, PC
Attorneys at Law

Joseph E. Macy
Robert A. Carruba
Gregory P. Peterson
Gary H. Friedenberg (1940-2022)
Bruce J. Bergman
Vinson J. Friedman
Pesia M. Kinraich
Donna A. Napolitano
Kenneth M. Seidell
Peter Sullivan

Daniel J. Evers
Nicholas Tuffarelli
Christopher F. Ulto
Adam S. Kalb
Martin E. Valk

**COUNSEL**
Steven J. Peddy
Miriam R. Milgrom
Rudolf J. Karvay
Amb. Joseph N. Mondello (1938-2022)
MaryBeth Malloy
Karen A. Foley

100 Garden City Plaza, Third Floor
Garden City, New York 11530

Telephone: (516) 222-6200
Facsimile: (516) 222-6209
Website: www.bhpp.com

April 8, 2024

Honorable Ann M. Donnelly
United States District Judge
United States District Court
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

   Re: The New Budget Buy & Sell, Inc., et. al. v. The County of Suffolk
      1030 Route 112 Corp., et al. v. The County of Suffolk
      S.E.S. Diamond, Inc., et al. v. The County of Suffolk
      <u>We Buy Gold, Inc., et al. v. The County of Suffolk</u>
      Consolidated Docket No.: 23-CV-00244 (AMD)(ARL)

Dear Honorable Judge Donnelly:

  As the parties have previously advised the Court, this matter has been settled. Pursuant to General Municipal Law §6-n(9)(b), insofar as the settlement amount of $500,000.00 exceeds the $25,000 statutory limit set forth by law, the settlement must be judicially approved prior to payment.

  Attached for the Court's consideration is a letter from the Consolidated Plaintiffs' counsel, Andrew J. Campanelli, Esq., which confirms consent to the settlement, and a letter which confirms approval of the settlement by the Ways & Means Committee of the Suffolk County Legislature.

  An Order for the Court's signature is also attached.

  Please advise if the Court requires any further information prior to approval of the settlement.

# BERKMAN HENOCH
PETERSON & PEDDY, PC

Hon. Ann M. Donnelly
April 8, 2024
P a g e | 2

We thank the Court for its courtesies.

                              Respectfully Submitted,

                              Berkman, Henoch, Peterson & Peddy, P.C

                              By:   /s/ *Joseph E. Macy*
                                     Joseph E. Macy, Esq.
                                     Donna A. Napolitano, Esq.

Enclosures
cc: Andrew J. Campanelli, Esq. *Via ECF*

# CAMPANELLI & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

www.campanellipc.com

Andrew J. Campanelli
*Member of NY Bar*

Jean M. Smyth
Patricia Mackreth

*COUNSEL*

George B. McPhillips
*1930-1994*

March 27, 2024

Joseph E. Macy, Esq.
Special Counsel for Suffolk County
Berkman, Henoch, Peterson & Peddy, P.C.
100 Garden City Plaza
Garden City, New York 11530

Re: *The New Budget Buy & Sell, Inc., et al. v. The County of Suffolk*
*1030 Route 112 Corp., et al. v. The County of Suffolk*
*S.E.S. Diamond Inc., et al. v. The County of Suffolk*
*We Buy Gold, Inc., et al., v. The County of Suffolk*
Docket No. 23-cv-00244 (AMD)(ARL)

Dear Mr. Macy:

Please allow this letter to certify that the undersigned accepts the settlement offer of five hundred thousand dollars and no cents ($500,000.00) on behalf of my clients in the above-captioned consolidated actions.

Very truly yours,

Campanelli and Associates, P.C.

By: _____
Andrew J. Campanelli, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW BUDGET BUY & SELL, INC., JUNE SARNO
and JAMES SARNO,
1030 ROUTE 112 CORP. d/b/a DIAMOND JEWELERS,
257 SELDEN PLAZA CORP. d/b/a DIAMOND JEWELERS,
2257 CENTEREACH CORP. d/b/a DIAMOND JEWELERS
And ROBERT BORNEMAN,
S.E.S. DIAMOND INC. d/b/a ALL ISLAND MERCHANDISE
EXCHANGE, RAYMOND ERARIO and JAMES SARNO,
WE BUY GOLD INC. d/b/a RICK'S BUY & SELL and
RICHARD YETTI,

23-cv-00244
(AMD)(ARL)

**ORDER ISSUED PURSUANT TO G.M.L. § 6-N APPROVING SETTLEMENT**

Consolidated Plaintiffs,

- against -

THE COUNTY OF SUFFOLK,

Defendant.
------------------------------------------------------------------------X

PRESENT: Hon. Ann M. Donnelly, U.S.D.J.

WHEREAS, an application has been made to the undersigned by Defendant, The County of Suffolk, in the captioned actions for an Order approving a settlement of the Consolidated Actions pursuant to Section 6-n of the General Municipal Law of the State of New York, for the sum of FIVE HUNDRED DOLLARS AND NO CENTS ($500,000.00) compensatory damages inclusive of statutory attorney's fees pursuant to 42 U.S.C. § 1988.

NOW, upon reading and filing:

a) The letter of Joseph E. Macy, Esq., as Special Counsel to Suffolk County dated April 8, 2024;

b) The General Release signed by the Plaintiffs, JUNE SARNO, JAMES SARNO, ROBERT BORNEMAN, RAYMOND ERARIO and RICHARD YETTI;

c) The General Release signed by the Corporate Plaintiffs, NEW BUDGET BUY & SELL, INC., S.E.S. DIAMOND, INC., WE BUY GOLD, INC., and 1030 Route 110 CORP.;

d) The letter of the Consolidated Plaintiffs' attorney, Andrew J. Campanelli, Esq., agreeing to settlement; and

e) The letter of February 29, 2024, Chair of the Suffolk County Ways & Means Committee for the Suffolk County Legislature, approving settlement of the claim; and,

It appearing to the satisfaction of this Court from all prior proceedings had herein, that the proposed settlement of FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($500,000.00), to be paid by Defendant, County of Suffolk, is just reasonable and in the best interest of Suffolk County and the Consolidated Plaintiffs.

IT IS, therefore, on the application of the Defendant, The County of Suffolk, and with the consent of the Consolidated Plaintiffs' attorney;

THEREFORE, ORDERED that said settlement is hereby approved and shall be disbursed in the following manner:

*Intentional Left Blank*

3

ORDERED, that the settlement of the consolidated matters for the amount of FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($500,000.00), inclusive of all costs, disbursements, and attorney's fees, to be paid to the Consolidated Plaintiffs, THE NEW BUDGET BUY & SELL, INC., JUNE SARNO, JAMES SARNO, 1030 ROUTE 112 CORP., ROBERT BORNEMAN, S.E.S. DIAMOND INC., RAYMOND ERARIO, WE BUY GOLD, INC. and RICHARD YETTI, and their attorneys, Campanelli & Associates is approved, and the application for said approval is hereby granted.

SO ORDERED:

_____
Hon. Ann M. Donnelly, U.S.D.J.

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE NEW BUDGET BUY & SELL, INC., JUNE SARNO
and JAMES SARNO,
1030 ROUTE 112 CORP. d/b/a DIAMOND JEWELERS,           23-cv-00244
257 SELDEN PLAZA CORP. d/b/a DIAMOND JEWELERS,         (AMD)(ARL)
2257 CENTEREACH CORP. d/b/a DIAMOND JEWELERS
And ROBERT BORNEMAN,
S.E.S. DIAMOND INC. d/b/a ALL ISLAND MERCHANDISE
EXCHANGE, RAYMOND ERARIO and JAMES SARNO,
WE BUY GOLD INC. d/b/a RICK'S BUY & SELL and
RICHARD YETTI,
                                                       SETTLEMENT
                                                       AGREEMENT
                    Consolidated Plaintiffs,

    - against -


THE COUNTY OF SUFFOLK,
                                    Defendant.
-----------------------------------------------------------------------X
```

The Defendant and Consolidated Plaintiffs in the above-referenced actions, by their respective counsel, hereby agree to a consolidated settlement of the above-captioned lawsuits under the following terms and conditions:

1.  The Defendant does not admit and specifically denies any liability, wrongdoing, or violation of any law, statute, regulation, agreement, or policy. It is expressly understood and agreed that this settlement agreement (and exchange of general releases) is being entered into solely for the purpose of resolving this lawsuit and any and all matters in controversy, disputes, causes of action, claims, contentions, grievances, and differences of any kind whatsoever between the parties.

2.  As full and final settlement and final satisfaction of any and all claims that the Consolidated Plaintiffs had, have, or may have against the Defendant, including but not limited to claims raised in the instant lawsuit, the defendant will pay to the Consolidated Plaintiffs the gross amount of FIVE HUNDRED THOUSAND AND NO CENTS ($500,000.00) Dollars (hereinafter the "Settlement Sum"), which is inclusive of any and all counsel fees, interests, costs, and disbursements. Said sum shall be tendered to the Consolidated Plaintiffs' counsel by check made payable to "*Campanelli & Associates, P.C. as Attorneys*," and the Defendant shall cause such check to be received by the Consolidated Plaintiffs' counsel on or before May 13, 2024.

The $500,000.00 settlement sum represents the total payment of the specific amounts as follows:

> In the matter of <u>NEW BUDGET BUY & SELL, INC. et al</u>: The cumulative sum of $190,859.23 for compensatory damages and statutory attorney's fees pursuant to 42 U.S.C. §1988.
>
> In the matter of <u>1030 ROUTE 112 CORP., et al.</u>: The cumulative sum of $35,868.55 for compensatory damages and statutory attorney's fees pursuant to 42 U.S.C. § 1988.
>
> In the matter of <u>WE BUY GOLD, INC., et al</u>: The cumulative sum of $113,033.42 for compensatory damages and statutory attorney's fees pursuant to 42 U.S.C. § 1988.
>
> In the matter of <u>S.E.S. DIAMOND INC., et al</u>: The cumulative sum of $160,238.80 for compensatory damages and statutory attorney's fees pursuant to 42 U.S.C. § 1988.

The Consolidated Plaintiffs' counsel represents that they have already disclosed to each of their clients the respective amounts they are to receive individually as part of this settlement, and each of their clients has agreed to same.

The Consolidated Plaintiffs' counsel shall be exclusively responsible for the division and distribution of the respective compensatory damage sums payable to each client in the above-referenced cases, pursuant to the firm's separate written retainer agreements with each of their clients.

3. It is hereby stipulated and agreed by the Consolidated Plaintiffs and the Defendant by their undersigned attorneys that upon the payment of the amount set forth within paragraph "2" herein above, the clearance of check through which payment of such amount is tendered, the above-entitled lawsuit(s) shall be discontinued with prejudice, without any additional cost to any party as against the other.

4. By signing this agreement, the Consolidated Plaintiffs agree that they will be exclusively responsible for the payment of any taxes which may be owed on any amounts paid to them under the terms of this agreement. Defendant and its insurers (if any) make no representation as to the taxability of the amounts paid to the Consolidated Plaintiffs. The Consolidated Plaintiffs agree to pay any federal, state, or local taxes, if any, which are required to be paid with respect to the settlement.

5. The parties additionally agree that they shall exchange mutual general releases, each releasing the other from any and all claims of any kind and/or nature whatsoever.

6.  Entire agreement: This agreement contains the entire agreement between the Consolidated Plaintiffs and Defendant and supersedes and replaces any prior agreements or understandings between the parties, whether written or oral.

Dated: ~~December ___, 2023~~ April 8, 2024
   Garden City, New York 11530


BERKMAN HENOCH, PETERSON & PEDDY, P.C.

By: ___/s/ Joseph E. Macy___
   Joseph E. Macy, Esq.
   Donna A. Napolitano, Esq.
*Special Counsel for Defendant, County of Suffolk*
100 Garden City Plaza, Third Floor
Garden City, NY 11530
(516) 222-6200


CAMPANELLI & ASSOCIATES, P.C.

By: _____
   Andrew J. Campanelli, Esq.
*Attorneys for the Consolidated Plaintiffs, New Budget Buy & Sell,*
*1030 Route 112 Corp., S.E.S. Diamond Inc., and We Buy Gold, Inc.*
1757 Merrick Avenue, Suite 204
Merrick, New York 11556
(516) 746-1600


                                                                                    **SO ORDERED:**


                                                                                    _____
                                                                                    **HON. ARLENE R. LINDSAY, M.J.**

3

TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN,

KNOW THAT

ROBERT BORNEMAN, as RELEASOR,

in consideration of the sum of

Ten Dollars ($10.00)

and other good and valuable consideration,

received from

THE COUNTY OF SUFFOLK, a municipal corporation as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges

THE COUNTY OF SUFFOLK, its members, elected officials, directors, agents, managers, employees, subsidiaries, affiliates, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S directors, officers, shareholders, employees, agents, servants, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

IN WITNESS WHEREOF, the RELEASOR have hereunder set RELEASOR'S hand and seal on the 12 day of March, 2024.

IN PRESENCE OF:

_____
ROBERT BORNEMAN

STATE OF NEW YORK, COUNTY OF Suffolk, ss.:

On March 12, 2024, before me, personally came ROBERT BORNEMAN, to me known and known to me to be the individual(s) described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he executed the same.

JASON E TAUVERS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01TA6119236
Qualified in Suffolk County
My Commission Expires: Nov 19, 2024

_____
NOTARY PUBLIC

TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN,

KNOW THAT

RAYMOND ERARIO,

as RELEASOR,

in consideration of the sum of

Ten Dollars ($10.00)

and other good and valuable consideration,

received from

THE COUNTY OF SUFFOLK, a municipal corporation

as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges

THE COUNTY OF SUFFOLK, its members, elected officials, directors, agents, managers, employees, subsidiaries, affiliates, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S directors, officers, shareholders, employees, agents, servants, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

**IN WITNESS WHEREOF**, the RELEASOR have hereunder set RELEASOR'S hand and seal on the 11 day of March, 2023.

IN PRESENCE OF:

_Raymond Erario_
RAYMOND ERARIO

STATE OF NEW YORK, COUNTY OF Suffolk, ss.:

On March 11, 2024, ~~2023~~, before me, personally came RAYMOND ERARIO, to me known and known to me to be the individual(s) described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he executed the same.

_Kelly Ann Lopez_
NOTARY PUBLIC

KELLY ANN LOPEZ
Notary Public - State of New York
No. 01LO6290509
Qualified in Suffolk County
My Commission Expires 10/07/2025

**TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN,**

**KNOW THAT**
RICHARD YETTI,
as RELEASOR,
in consideration of the sum of

Ten Dollars ($10.00)

and other good and valuable consideration,

received from
THE COUNTY OF SUFFOLK, a municipal corporation
as RELEASEE,
receipt whereof is hereby acknowledged, releases and discharges

THE COUNTY OF SUFFOLK, its members, elected officials, directors, agents, managers, employees, subsidiaries, affiliates, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S directors, officers, shareholders, employees, agents, servants, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

**IN WITNESS WHEREOF**, the RELEASOR have hereunder set RELEASOR'S hand and seal on the ___7___ day of ___March___, ~~2023~~ 2024.

**IN PRESENCE OF:**

_____
RICHARD YETTI

STATE OF NEW YORK, COUNTY OF _Suffolk_, ss.:

On _March 7_, ~~2023~~ 2024, before me, personally came RICHARD YETTI, to me known and known to me to be the individual(s) described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

LAURA L FRIEDRICH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FR6061285
Qualified in SUFFOLK County
Commission Expires JULY 16 2027

**KNOW THAT**

JUNE SARNO & JAMES SARNO, as RELEASORS,

in consideration of the sum of

Ten Dollars ($10.00)

and other good and valuable consideration,

received from

THE COUNTY OF SUFFOLK, a municipal corporation as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges

THE COUNTY OF SUFFOLK, its members, elected officials, directors, agents, managers, employees, subsidiaries, affiliates, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S directors, officers, shareholders, employees, agents, servants, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

**IN WITNESS WHEREOF**, the RELEASORS have hereunder set RELEASORS' hand and seal on the 9th day of March, 2024.

**IN PRESENCE OF:**

_____
JUNE SARNO

_____
JAMES SARNO

STATE OF NEW YORK, COUNTY OF Suffolk, ss.:

On March 9th, 2024 before me, personally came JUNE SARNO and JAMES SARNO, to me known and known to me to be the individual(s) described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

William P. Tartaglia
Notary Public, State of New York
No. 01TA6185636
Qualified in Suffolk County
Commission Expires April 21, 2024

B111-General Release by Corporation:6-76

## TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT

    1030 ROUTE 112 CORP. d/b/a DIAMOND JEWELERS, et al.,

                                                                                                 as RELEASOR,

A Corporation organized under the laws of the State of New York
in consideration of the sum of

    Ten Dollars ($10.00),

and other good and valuable consideration
received from

    THE COUNTY OF SUFFOLK, a municipal corporation           as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges

    THE COUNTY OF SUFFOLK, its members, elected officials, directors, agents, managers, employees, subsidiaries, affiliates, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S directors, officers, shareholders, employees, agents, servants, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

    Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

    This RELEASE may not be changed orally.

    **IN WITNESS WHEREOF**, the RELEASOR has caused this RELEASE to be executed by its duly authorized officers and its corporate seal to be hereunto affixed on _APRIL 2ND_, 2024

**IN PRESENCE OF:**

                                                                            By: _Robert B_____
                                                                               An Officer

STATE OF NEW YORK, COUNTY OF SUFFOLK, ss.:

    On _APRIL 2ND_, 2024 before me personally came _ROBERT BORNEMAN_ to me known, who, by me duly sworn, did depose and say that deponent resides at _41 SEACLIFF AVE. MILLER PLACE NY_ that deponent is the _President_ of 1030 ROUTE 112 CORP. d/b/a DIAMOND JEWELERS, et al., the Corporation described in, and which executed the foregoing RELEASE, that deponent knows the seal of the corporation, that the seal affixed to the RELEASE is the corporate seal, that it was affixed by order of the board of Directors of the Corporation; and that deponent signed deponent's name by like order.

    JASON E TAUVERS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01TA6119236
Qualified in Suffolk County
My Commission Expires: _Nov 19, 2024_

                                                                            NOTARY PUBLIC

B111-General Release by Corporation:6-76

## TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT

WE BUY GOLD INC. d/b/a RICK'S BUY & SELL, et al., as RELEASOR,

A Corporation organized under the laws of the State of New York in consideration of the sum of

Ten Dollars ($10.00),

and other good and valuable consideration received from

THE COUNTY OF SUFFOLK, a municipal corporation as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges

THE COUNTY OF SUFFOLK, its members, elected officials, directors, agents, managers, employees, subsidiaries, affiliates, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S directors, officers, shareholders, employees, agents, servants, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

**IN WITNESS WHEREOF**, the RELEASOR has caused this RELEASE to be executed by its duly authorized officers and its corporate seal to be hereunto affixed on _April 1_, 2024

IN PRESENCE OF:

By: _[signature]_
An Officer

STATE OF NEW YORK, COUNTY OF SUFFOLK, ss.:

On _April 1_, 2024 before me personally came _Richard Yctti_ to me known, who, by me duly sworn, did depose and say that deponent resides at _662 Montauk Hwy Shirley_; that deponent is the _President_ of WE BUY GOLD INC. d/b/a RICK'S BUY & SELL, et al., the Corporation described in, and which executed the foregoing RELEASE, that deponent knows the seal of the corporation, that the seal affixed to the RELEASE is the corporate seal, that it was affixed by order of the board of Directors of the Corporation; and that deponent signed deponent's name by like order.

LAURA L FRIEDRICH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FR6061285
Qualified in SUFFOLK County
Commission Expires JULY 16 2027

_[signature]_
NOTARY PUBLIC

B111-General Release by Corporation:6-76

## TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT

NEW BUDGET BUY & SELL, INC. et al.,

as RELEASOR,

A Corporation organized under the laws of the State of New York in consideration of the sum of

Ten Dollars ($10.00),

and other good and valuable consideration received from

THE COUNTY OF SUFFOLK, a municipal corporation

as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges

THE COUNTY OF SUFFOLK, its members, elected officials, directors, agents, managers, employees, subsidiaries, affiliates, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S directors, officers, shareholders, employees, agents, servants, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

**IN WITNESS WHEREOF**, the RELEASOR has caused this RELEASE to be executed by its duly authorized officers and its corporate seal to be hereunto affixed on _3/28_, 2024

**IN PRESENCE OF:**

By: _____ Pres
An Officer

STATE OF NEW YORK, COUNTY OF SUFFOLK, ss.:

On _3/29/24_, 2024 before me personally came _JAMES SAVINO_ to me known, who, by me duly sworn, did depose and say that deponent resides at _2 E Main St Patchogue_; that deponent is the _President_ of NEW BUDGET BUY & SELL, INC., et al., the Corporation described in, and which executed the foregoing RELEASE, that deponent knows the seal of the corporation, that the seal affixed to the RELEASE is the corporate seal, that it was affixed by order of the board of Directors of the Corporation; and that deponent signed deponent's name by like order.

_____
NOTARY PUBLIC

ANDREW J. CAMPANELLI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 30-5008814
Qualified in Nassau County
Commission Expires March 1, 20__

TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT

S.E.S. DIAMOND INC. d/b/a ALL ISLAND MERCHANDISE EXCHANGE, et al.,

as RELEASOR,

A Corporation organized under the laws of the State of New York in consideration of the sum of

Ten Dollars ($10.00),

and other good and valuable consideration received from

THE COUNTY OF SUFFOLK, a municipal corporation

as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges

THE COUNTY OF SUFFOLK, its members, elected officials, directors, agents, managers, employees, subsidiaries, affiliates, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S directors, officers, shareholders, employees, agents, servants, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

**IN WITNESS WHEREOF**, the RELEASOR has caused this RELEASE to be executed by its duly authorized officers and its corporate seal to be hereunto affixed on March 29, 2024

IN PRESENCE OF:

By: _Raymond Evanus_ Pres
An Officer

STATE OF NEW YORK, COUNTY OF SUFFOLK, ss.:

On March 29, 2024 before me personally came Raymond Evanio to me known, who, by me duly sworn, did depose and say that deponent resides at 25 Crescent Ct Wading River NY 11792 that deponent is the President of S.E.S. DIAMOND INC. d/b/a ALL ISLAND MERCHANDISE, et al., the Corporation described in, and which executed the foregoing RELEASE, that deponent knows the seal of the corporation, that the seal affixed to the RELEASE is the corporate seal, that it was affixed by order of the board of Directors of the Corporation; and that deponent signed deponent's name by like order.

_____
NOTARY PUBLIC

CAITLIN CETIN
Notary Public - State of New York
NO. 01CE6199671
Qualified in Suffolk County
My Commission Expires Jan 20, 2025