UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
THE NEW BUDGET BUY & SELL, INC., JUNE SARNO
and JAMES SARNO,
1030 ROUTE 112 CORP. d/b/a DIAMOND JEWELERS,                23-cv-00244
257 SELDEN PLAZA CORP. d/b/a DIAMOND JEWELERS,                (ARL)
2257 CENTEREACH CORP. d/b/a DIAMOND JEWELERS
And ROBERT BORNEMAN,
S.E.S. DIAMOND INC. d/b/a ALL ISLAND MERCHANDISE
EXCHANGE, RAYMOND ERARIO and JAMES SARNO,
WE BUY GOLD INC. d/b/a RICK'S BUY & SELL and                **ORDER ISSUED**
RICHARD YETTI,                                              **PURSUANT TO G.M.L. §**
                                                           **6-N APPROVING**
                                                           **SETTLEMENT**

                          Consolidated Plaintiffs,

        - against -


THE COUNTY OF SUFFOLK,
                                    Defendant.
----------------------------------------------------------------------X

PRESENT:  Hon. Arlene R. Lindsay, U.S.M.J.

        WHEREAS, an application has been made to the undersigned by Defendant, The County

of Suffolk, in the captioned actions for an Order approving a settlement of the Consolidated

Actions pursuant to Section 6-n of the General Municipal Law of the State of New York, for the

sum of FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($500,000.00)

compensatory damages inclusive of statutory attorney's fees pursuant to 42 U.S.C. § 1988.

        NOW, upon reading and filing:

a)      The letter of Joseph E. Macy, Esq., as Special Counsel to Suffolk County dated

        April 8, 2024;

b)      The General Release signed by the Plaintiffs, JUNE SARNO, JAMES SARNO,

        ROBERT BORNEMAN, RAYMOND ERARIO and RICHARD YETTI;

c)      The General Release signed by the Corporate Plaintiffs, NEW BUDGET BUY & SELL, INC., S.E.S. DIAMOND, INC., WE BUY GOLD, INC., and 1030 Route 110 CORP.;

d)      The letter of the Consolidated Plaintiffs' attorney, Andrew J. Campanelli, Esq., agreeing to settlement; and

e)      The letter of February 29, 2024, Chair of the Suffolk County Ways & Means Committee for the Suffolk County Legislature, approving settlement of the claim; and,

It appearing to the satisfaction of this Court from all prior proceedings had herein, that the proposed settlement of FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($500,000.00), to be paid by Defendant, County of Suffolk, is just reasonable and in the best interest of Suffolk County and the Consolidated Plaintiffs.

IT IS, therefore, on the application of the Defendant, The County of Suffolk, and with the consent of the Consolidated Plaintiffs' attorney;

THEREFORE, ORDERED that said settlement is hereby approved and shall be disbursed in the following manner:

*Intentional Left Blank*

2

ORDERED, that the settlement of the consolidated matters for the amount of FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($500,000.00), inclusive of all costs, disbursements, and attorney's fees, to be paid to the Consolidated Plaintiffs, THE NEW BUDGET BUY & SELL, INC., JUNE SARNO, JAMES SARNO, 1030 ROUTE 112 CORP., ROBERT BORNEMAN, S.E.S. DIAMOND INC., RAYMOND ERARIO, WE BUY GOLD, INC. and RICHARD YETTI, and their attorneys, Campanelli & Associates is approved, and the application for said approval is hereby granted.

SO ORDERED:

_____

Hon. Arlene R. Lindsay, U.S.M.J.