UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**     **DATE: 5/7/2024**
                 **United States Magistrate Judge**
                                                                         **TIME: 5/7/2024**

**DOCKET NO:** 23-cv-00244-ARL
                       23-cv-00251-ARL
                       23-cv-00305-ARL
                       23-cv-00319-ARL

**CASE:** The New Budget Buy & Sell Inc. et al v. The County Of Suffolk;

        S.E.S. Diamond Inc. et al v. The County of Suffolk;

        1030 Route 112 Corp. et al v. The County of Suffolk

        We Buy Gold Inc. et al v. The County of Suffolk

    ___  **INITIAL CONFERENCE**
    ___  **STATUS CONFERENCE**
    ___  **SCHEDULING CONFERENCE**          **BY TELEPHONE X**
    **X**  **SETTLEMENT CONFERENCE**
    ___  **FINAL CONFERENCE**
    ___  **MOTION HEARING**

        **APPEARANCES:**         **FOR PLAINTIFF:**         **FOR DEFENDANTS:**

                                         Andrew J. Campanelli         Donna A. Napolitano

**The following rulings were made:**

      For the reasons set forth on the record, the Settlement Agreement is approved. The parties are directed to submit a Stipulation of Discontinuance.

                                **SO ORDERED:**
                                _____/s/_____